MARY DEGNAN, as Administratrix, etc., of TIMOTHY DEGNAN, Deceased, Appellant, v. THOMAS E. MURRAY, JR., as Receiver of INTERBOROUGH RAPID TRANSIT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley and Glennon, JJ.

In the Matter of the Application for a Compulsory Accounting in the Estate of JOHN GELLATLY, Deceased. CHARLYNE GELLATLY, as Administratrix, etc., of JOHN GELLATLY, Deceased, Appellant; UNITED STATES OF AMERICA, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of WILLIAM CONWAY, Respondent, for an Order of Mandamus against WILLIAM F. CAREY, as Commissioner of Sanitation, Department of Sanitation, City of New York, and Others, Appellants.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL SANAHA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DOROTHY MCALPIN BELL, Respondent, v. ALFRED D. BELL, Individually, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order upon payment of said costs and the ten dollars motion costs awarded at Special Term. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

HARRY J. GERBER, Respondent, v. NORTHERN INSURANCE COMPANY OF NEW YORK, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

OCTAVE A. DEMATTEIS, Appellant, v. MARIA DEMATTEIS, Respondent. — Judgment, so far as appealed from, and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

NATIONAL TILE & MARBLE CORP., Respondent, v. HOAC CORPORATION, Appellant.— Judgment and order unanimously reversed, with costs, and the motion denied, on the authority of Ballen v. Potter (251 N. Y. 224). Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SAMUEL MITCHELL and MILTON SAMUELS, Copartners Trading as MITCHELL AND SAMUELS, Respondents, v. SYRACUSE NEWSPAPERS, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

SHEROVER AND COMPANY, INC., Respondent, v. SANFORD GRIFFITH and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANK HEWITT, Respondent, v. THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [166 Misc. 186.]